ACCEPTED
03-14-00579-CR
4357971
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 4:40:04 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00579-CR

| | | |
|---|---|---|
| PERRY LEE PENNING, | § | IN THE THIRD |
| Appellant | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS, | § | AT AUSTIN, TEXAS |
| Appellee | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 4:40:04 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR LEAVE TO FILE AMENDED BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now, Appellant, Perry Lee Penning, and files this Motion for Leave to File Amended Brief under T.R.A.P. Rule 38.7 and would show:

I.

On February 2, 2015, the undersigned attorney tendered to this Court an Amended Brief for Appellant in the above-referenced cause. Justice requires that Appellant's amended brief be filed in order to correct an error in the Certificate of Service that appeared in the original brief. See T.R.A.P. Rules 9.5(e) and 38.7.

II.

Further, Appellant hereby requests that the time limit to file this Motion for Leave to File Amended Brief be extended to March 4, 2015. This Court originally requested that this motion be filed by February 12, 2015. The failure of the undersigned to do so by that date was the result of inadvertence. No previous extensions of time to file this motion have been granted.

1

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this motion be granted and that his amended brief previously tendered to this Court on February 2, 2015, be filed.

Respectfully submitted,

/s/ Connie J. Kelley
CONNIE J. KELLEY
Attorney for Appellant
1108 Lavaca, #110-221
Austin, TX 78701
(512)445-4504
(512)478-2318 (facsimile)
warrentucker@grandecom.net
State Bar No. 11199600

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on David Escamilla, Travis County Attorney, at 314 W. 11th St., Ste. 300, Austin, TX 78701 by regular mail on this 3rd day of March, 2015

/s/ Connie J. Kelley
CONNIE J. KELLEY

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing document is in 14 point font, with the exception of footnotes, which are in 12 point font. The word count of the foregoing document is 210 words, which is in compliance with T.R.A.P. Rule 9.4.

/s/ Connie J. Kelley
CONNIE J. KELLEY